IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION


CRYSTAL LOUDE                                                                    PLAINTIFF


v.                              NO. 2:17-cv-00067 PSH


NANCY A. BERRYHILL, Acting Commissioner                    DEFENDANT
of the Social Security Administration


JUDGMENT


Pursuant to the Memorandum Opinion and Order entered this day, judgment is

entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 8th day of January, 2018.


_____
UNITED STATES MAGISTRATE JUDGE